UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-22300-CIV-COOKE/BROWN

WET WILLIE'S MANAGEMENT
CORP., and SOUTH BEACH WET
WILLIE'S, INC.,

    Plaintiffs,

v.

IMPACT DISTRIBUTION, INC., a/k/a
IMPACT BEVERAGE CO.,

    Defendant.
_____/

## STIPULATION FOR FINAL ORDER OF DISMISSAL

Plaintiffs Wet Willie's Management Corp. and South Beach Wet Willie's, Inc. ("Plaintiffs") and Defendant Impact Distribution, Inc. a/ka/ Impact Beverage Co, hereby stipulate that, pursuant to a settlement agreement reached by the parties, the above-captioned case is to be dismissed with prejudice, with each side bearing its own costs and attorney's fees.

Dated: February 28, 2007

*[signature]*

Robert L. Lee
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 253-8277
bob.lee@alston.com
and
Jay B. Shapiro
Florida Bar No. 776361
Gerald E. Greenberg
Florida Bar No. 0440094
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.

Respectfully submitted,

*[signature]*

Gregory J. Prusak
Florida Bar No. 749028
KUBICKI DRAPER
201 South Orange Avenue
Suite 475
Orlando, Florida 32801
Telephone: (407) 245-3630
Facsimile: (407) 245-7685
gp@kubickidraper.com
*Counsel for Defendant*

Museum Tower – Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
jshapiro@swmwas.com
ggreenberg@swmwas.com

*Counsel for Plaintiffs*