UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 05-22300-CIV  COOKE/BROWN

**WET WILLIE'S MANAGEMENT CORP., and SOUTH BEACH WET WILLIE'S, INC.**,

    *Plaintiffs,*

v.

**IMPACT DISTRIBUTION, INC., a/k/a IMPACT BEVERAGE CO.**,

    *Defendant.*
_____/

### ORDER OF DISMISSAL

**THIS CASE** is **DISMISSED** *with prejudice* per the Stipulation for Dismissal with prejudice. [**DE 96**].  The Clerk shall **CLOSE** the case.  All pending motions, if any, are **DENIED** *as moot*.  Each side shall bear its own costs and fees.  The Court will retain limited jurisdiction to enforce the settlement terms.

**DONE** and **ORDERED** in Chambers, at Miami, FL, this 24th day of July 2008.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*The Hon. Stephen T. Brown*
*Counsel of Record*